EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José A. García Ortiz | 2013 TSPR 153<br><br>189 DPR ____ |

Número del Caso: TS-5945


Fecha: 23 de diciembre de 2013

Abogado del Peticionario:

         Por derecho Propio

Materia: Reinstalación al Ejercicio de la Abogacía


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

JOSÉ A. GARCÍA ORTIZ

Núm.: **TS-5945**

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 23 de diciembre de 2013.

Atendida la "Urgente Moción Informativa y Solicitud de Reinstalación" presentada, se reinstala al Lcdo. José A. García Ortiz al ejercicio de la abogacía.

Se ordena que se reactiven las quejas **AB-2006-0120** y **AB-2010-0237** y continúen los procedimientos.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo